May 14, 1998


MESSAGE TO INTERNET USERS:

No. 97-2915 Weiss v. School Board of Hillsborough

The above opinion that issued on May 13, 1998 had an Appendix which will not be available on line until a later date.